IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH SEWELL<br>Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 15-3876 |
| NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br>Defendant. | : | |

## ORDER

AND NOW, this 25th day of Oct., 2017, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply thereto (Doc. Nos. 7, 10 & 12), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**;

3. The Plaintiff's Motion for Summary Judgment is **GRANTED**; and

4. The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

**BY THE COURT:**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryman should be substituted for the former Acting Commissioner, Carolyn Colvin, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

_Robert F. Kelly_
ROBERT F. KELLY,      J.

_Robert F. Kelly_
ROBERT F. KELLY,      J.